**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:13CR00498-001** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **RICHARD OLIVER, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on March 9, 2017 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of probation.  The defendant was present and represented by Attorney Carolyn M. Kucharski.

The violation report was referred to Magistrate Judge Jonathan D. Greenberg who issued a Report and Recommendation on December 28, 2016 [Doc. 44].  No objections having been filed the Court adopted the Magistrate Judge's Report and Recommendation and found that the following terms of probation had been violated:

2) failure to report contact with law enforcement;

3) failure to report change of address.

The Report and Recommendation held the first violation, a new law violation incurred on November 21, 2016, in abeyance pending the outcome of state proceedings.  The parties informed the Court the state case was ultimately dismissed.

The Court found the violations to be Grade C and that defendant was a Criminal History

Category I.

The Court, upon consideration of the 3553(a) factors, accepted the recommendation of the parties and sentenced defendant to a term of incarceration of 6 months with credit for time served in federal custody since December 19, 2016.  The Court further ordered defendant shall serve the remainder of his custodial sentence at Oriana House and shall remain in custody until a placement is secured.  Defendant shall be permitted to leave halfway house placement to work but shall otherwise remain at the facility.  Upon release from the term of incarceration, defendant placed on supervised release for one year.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

**IT IS SO ORDERED.**


Dated: March 9, 2017                                         *s/    James S. Gwin*
                                                            JAMES S. GWIN
                                                            UNITED STATES DISTRICT JUDGE